■ CHARLES AMSTERDAM, Appellant, v. COMPANIA NAVIERA " ESTRELLA DE PLATA " S. A. PANAMA, R. P., et al., Respondents.— Motion to dispense with the printing of certain testimony. Motion denied, without costs and without prejudice to the renewal of the motion, if appellant be so advised, after

the settlement of the case by the Trial Justice. (Civ. Prac. Act, §§ 575, 616.) Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.